# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

EZEKIEL I. TAYLOR SR )
#22049385 )
    Plaintiff )
)
V. )
) #
Dallas County Sheriff's Office )
Officer McGraw )
Sgt Thigpen )
Officer Gonzalez )
Sgt Volmert )
Officer Jackson )
Dallas County District Attorneys Office )
    Defendants )



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 1 6 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

3-23CV2316-L

## 42 USC 1983 CIVIL RIGHTS COMPLAINT

### I. PARTIES

The pro se plaintiff Ezekiel "EZEKEIL" Taylor Sr. at all times relevant to this complaint was a pre trial detainee being held in Dallas County Jail. Dallas, Texas

-1-
page

2. Defendants Dallas County Sheriffs Office, Officer McGraw, Sgt Thigpen, Officer Gonzalez, Sgt. Volmert and Officer Jackson and Dallas County District Attorneys Office are Municipal Agents/Agencies of Dallas County Texas City of Dallas.

## II. JURISDICTION

28 U.S.C. § 1332(a) — (violations of U.S. Constitution)

## III. ADMINISTRATIVE EXHAUSTION

All administrative remedies were exhausted on multiple occasion using Securus Technologies Kiosk under the name "Ezekeil" Taylor #22049385.

## IV. STATEMENT OF CLAIMS

1. Dallas County District Attorneys Office denied Ezekeil Taylor due process right to a Probable Cause Affadavit and 6 Amendment Right to Speedy Trial. Dallas County District Attorneys Office maintained a custom/practice of Due Process and Speedy Trial Denials/Infringement. (Monell v. Dept. of Soc. Services of City of New York. 436 U.S. 658. 98 S. Ct. 2018. 56 L. Ed. 2d 611 (1978)

2. Dallas County Sheriffs Office maintained, encouraged, facilitated custom practice of Excessive Force.

— 2 — page

3. Dallas County Sheriffs Thigpen McGraw Volmert Jackson Gonzalez and several other employees of Dallas County Sheriffs Office acted in in there official capacities when they maliciously and sadistically used excessive force for the very purpose to cause harm and not merely to restore discipline. On or about January 2nd 3rd. 7th. 15th and 19th of 2023

## V. STATEMENT OF FACTS

1. The pro se plaintiff was denied a speedy trial although requested on record multiple times. In violation of 6th Amendment

2. The pro se plaintiff was denied discovery (evidence) and Probable Cause Affadavit in violation of this Due Process Rights.

3. On January 2nd 3rd and 7th Officer McGraw and Sgt Thigpen others Kneed Kicked Elbowed Slammed and Pressed Ezekiel I. Taylor while submerged in Flooded Cell.

4. On or about January 15, 2023 Officer Gonzalez and another unknown Officer punched Ezekiel I. Taylor who was fully restrained and strapped into a restraint chair multiple times in the head and face.

5. On or about January 19, 2023 Officer Jackson Sgt Volmer and several other sheriffs Slammed head first into concrete, stomped, kicked, punched. elbowed. held face underwater for what seemed like several minutes after spraying him with O.C. all while Ezekiel was compliant and non comative, directly in view of a surveilance camera.

—3—
page

## RELIEF

1. Trial By Jury
2. Criminal Charges
3. 9 Million Dollars in Punitive and Compensatory Damages

## AFFIRMATION

I affirm that all statements within this complaint are true to the best of my knowledge.

October 6, 2023

*ET*
Ezekiel I. Taylor Sr.

Name: Ezekiel I. Taylor Sr.
DOC number: 150405
Location: Q108

INDIANA DEPARTMENT OF CORRECTION
WABASH VALLEY CORRECTIONAL FACILITY
P.O. BOX 1111
CARLISLE, IN 47838-1111

This stamp identifies this correspondence as having been mailed by an incarcerated Individual at the indicated correctional facility. **WARNING: Not responsible for contents.** Any enclosed money orders should be referred to your local Postmaster before cashing.

SF 47112 (R2/10-12)   INDIANAPOLIS IN 460
10 OCT 2023 PM 3 L

U.S District Court Northern District of Texas
1100 Commerce Street Room 1452
Dallas Texas, 75242-1310

