IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **EZEKIEL I. TAYLOR, SR.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-02316-L-BN |
| | § | |
| **DALLAS COUNTRY SHERIFFS OFFICE,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

On September 5, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 35) was entered, recommending that the court **dismiss without prejudice** this action under Federal Rule of Civil Procedure 41(b). The magistrate judge determined that Plaintiff Ezekiel I. Taylor, Sr., ("Mr. Taylor" or "Plaintiff") has failed to pursue this action and prevented it from proceeding. No objections to the Report have been filed, and the 14-day period to object after service of the Report has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C).

Magistrate Judge David Horan noted that Plaintiff sought leave to amend his Complaint, and the court granted leave to amend and required him to file his amended complaint by January 30, 2025. Report at 1. Plaintiff, however, has not filed an amended complaint to this date, and the court has received several notices that its mail cannot be delivered to him because he did not provide any change of address notice. *Id.* The magistrate judge found that Plaintiff's failure to file his amended complaint or update his address leaves the impression that he no longer wishes to pursue his claims and has prevented this action from proceeding. *Id.* at 5. The magistrate judge determined that, under these circumstances, a Rule 41(b) dismissal of this action without prejudice

is warranted. *Id.* Further, the magistrate judge concluded that lesser sanctions would be futile and prejudice to Plaintiff is limited as his findings, conclusions, and recommendation afford notice and opportunity to file objections.  As a result, the magistrate judge recommends that the court **dismiss without prejudice** this action under Federal Rule of Civil Procedure 41(b).

After considering the pleadings, file, record, Report, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court **dismisses without prejudice** this action under Federal Rule of Civil Procedure 41(b). The court **directs** the clerk of court to close this action.

**It is so ordered** this 28th day of October, 2025.

Sam A. Lindsay
United States District Judge